# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re

**Jessica Bunch / Debtor**

Bankruptcy Docket #: **14-33929**

**AMENDED**

Judge: **A. Benjamin Goldgar**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| # | Creditor's Name, Mailing Address Including Zip Code and Account Number (See Instructions Above) | Codebtor | H W J C | Date Claim Was Incurred and Consideration For Claim. If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 1 | **Avant Credit Corporati** <br> Attn: Bankruptcy Dept. <br> 640 N Lasalle St <br> Chicago IL 60654 <br> **Acct #: 54632** | | | Dates: **2014-2014** <br> Reason: **Personal Loan** | | | | $448 |
| 2 | **Bethany Hospital** <br> Bankruptcy Department <br> 3435 W. Van Buren St. <br> Chicago IL 60624 <br> **Acct #:** | | | Dates: <br> Reason: **Medical/Dental Services** | | | | $200 |
| 3 | **Briarbrook Apartment Homes** <br> Bankruptcy Dept <br> 1147 Briarbrook Drive <br> Wheaton IL 60189 <br> **Acct #: XXX-XX-7605** | | | Dates: **2014** <br> Reason: **Housing/Rental/Lease** | | | | $2,000 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re

Jessica Bunch / Debtor

Bankruptcy Docket #: **14-33929**

**AMENDED**

Judge: **A. Benjamin Goldgar**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| | Creditor's Name, Mailing Address Including Zip Code and Account Number (See Instructions Above) | Codebtor | H W J C | Date Claim Was Incurred and Consideration For Claim. If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 4 | **City of Chicago Bureau Parking**<br>Department of Revenue<br>PO Box 88292<br>Chicago IL 60680<br>**Acct #:** | | | Dates:<br>Reason: **Parking tickets Ordinance Violation** | | | | $2,600 |
| | **Law Firm(s) | Collection Agent(s) Representing the Original Creditor**<br>Clerk, First Mun Div<br>Bankruptcy Dept.<br>50 W. Washington St., Rm. 1001<br>Chicago IL 60602<br><br>Markoff & Krasny, LLC<br>Bankruptcy Dept.<br>11 S. LaSalle St.<br>Chicago IL 60603 | | | | | | | |
| 5 | **City of Chicago/Dept. of Rev.**<br>Cost Recovery & Coll. Div.<br>121 N. LaSalle St., Room 107A<br>Chicago IL 60602<br>**Acct #:** | | | Dates: **2013**<br>Reason: **Auto Accident** | | | | $3,020 |
| | **Law Firm(s) | Collection Agent(s) Representing the Original Creditor**<br>Clerk, First Mun Div<br>13M1685246<br>50 W. Washington St., Rm. 1001<br>Chicago IL 60602<br><br>Markoff Law LLC<br>Bankruptcy Dept.<br>29 N. Wacker Drive Suite 550<br>Chicago IL 60606 | | | | | | | |
| 6 | **Comcast**<br>C/O Stellar Recovery INC<br>4500 Salisbury Rd Ste 10<br>Jacksonville FL 32216<br>**Acct #: 9389576** | | | Dates: **2013-2013**<br>Reason: **Collecting for Creditor** | | | | $416 |
| 7 | **Commonwealth Edison**<br>Attn: System Credit/BK Dept<br>3 Lincoln Center 4th Floor<br>Oakbrook Terrace IL 60181<br>**Acct #: Xxx-xx-7605** | | | Dates: **2014**<br>Reason: **Utility Bills/Cellular Service** | | | | $240 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re

Jessica Bunch / Debtor

Bankruptcy Docket #: **14-33929**

**AMENDED**

Judge: **A. Benjamin Goldgar**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| # | Creditor's Name, Mailing Address Including Zip Code and Account Number | Codebtor | HWJC | Date Claim Was Incurred and Consideration For Claim. If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 8 | **CRS Management, Inc**<br>Bankruptcy Department<br>PO Box 2020<br>La Grange IL 60525<br>**Acct #: Xxx-xx-7605** | | | Dates:<br>Reason: **Debt Owed** | | | | $715 |
| | Law Firm(s) / Collection Agent(s) Representing the Original Creditor<br><br>Clerk, Fifth Mun. Div.<br>05M5000929<br>10220 S. 76th Ave., #121<br>Bridgeview IL 60455<br><br>Michael Maksimovich<br>Bankruptcy Dept<br>8643 W Ogden Ave<br>Lyons IL 60534 | | | | | | | |
| 9 | **CRS Management, Inc**<br>Bankruptcy Department<br>PO Box 2020<br>La Grange IL 60525<br>**Acct #: Xxx-xx-7605** | | | Dates: **2014**<br>Reason: **Debt Owed** | | | | $2,095 |
| | Law Firm(s) / Collection Agent(s) Representing the Original Creditor<br><br>Clerk, Fifth Mun. Div.<br>05M5001998<br>10220 S. 76th Ave., #121<br>Bridgeview IL 60455<br><br>Michael Maksimovich<br>Bankruptcy Dept<br>8643 W Ogden Ave<br>Lyons IL 60534 | | | | | | | |
| 10 | **Dept Of ED/Sallie Mae**<br>Attn: Bankruptcy Dept.<br>11100 Usa Pkwy<br>Fishers IN 46037<br>**Acct #: 90585701791E00120091123** | | | Dates: **2009-2014**<br>Reason: **Loan or Tuition for Education** | | | | $7,917 |
| 11 | **Dept Of ED/Sallie Mae**<br>Attn: Bankruptcy Dept.<br>11100 Usa Pkwy<br>Fishers IN 46037<br>**Acct #: 90585701791E00220091123** | | | Dates: **2009-2014**<br>Reason: **Loan or Tuition for Education** | | | | $3,905 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re
**Jessica Bunch / Debtor**

Bankruptcy Docket #: **14-33929**

**AMENDED**

Judge: **A. Benjamin Goldgar**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| Creditor's Name, Mailing Address Including Zip Code and Account Number (See Instructions Above) | Codebtor | HWJC | Date Claim Was Incurred and Consideration For Claim. If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **12 DirecTV**<br>Bankruptcy Department<br>PO Box 78626<br>Phoenix AZ 85062<br>Acct #: Xxx-xx-7605 | | | Dates: **2014**<br>Reason: **Utility Bills/Cellular Service** | | | | $352 |
| **13 Express Cash Mart of Illinois, LLC**<br>Bankruptcy Department<br>PO Box 5598<br>Elgin IL 60121<br>Acct #: Xxx-xx-7605 | | | Dates: **2014**<br>Reason: **Debt Owed** | | | | $367 |
| **14 Illinois Farmers Insurance**<br>Attn: Bankruptcy Dept.<br>4680 Wilshire Blvd<br>Los Angeles CA 90010<br>Acct #: Xxx-xx-7605 | | | Dates:<br>Reason: **Auto Accident** | | | | $9,158 |

**Law Firm(s) | Collection Agent(s) Representing the Original Creditor**

Clerk, Fourth Mun Div
14M4852
1500 Maybrook Dr #236
Maywood IL 60153

Downs and Associates
Bankruptcy Dept
2245 Sequoia 200
Aurora IL 60506

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **15 Kohls/Capone**<br>Attn: Bankruptcy Dept.<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls WI 53051<br>Acct #: NULL | | | Dates: **2014-2014**<br>Reason: **Credit Card or Credit Use** | | | | $501 |
| **16 MBB**<br>Attn: Bankruptcy Dept.<br>1460 Renaissance Dr<br>Park Ridge IL 60068<br>Acct #: 317939400 | | | Dates: **2014-2014**<br>Reason: **Medical Debt** | | | | $396 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re

**Jessica Bunch / Debtor**

Bankruptcy Docket #: **14-33929**

**AMENDED**

Judge: **A. Benjamin Goldgar**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| Creditor's Name, Mailing Address Including Zip Code and Account Number (See Instructions Above) | Codebtor | H W J C | Date Claim Was Incurred and Consideration For Claim. If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **17** **Mt. Sinai Hospital Med. Center** <br> Bankruptcy Department <br> 2750 W. 15th Pl. <br> Chicago IL 60608 <br> **Acct #:** | | | Dates: <br> Reason: **Medical/Dental Services** | | | | $100 |
| **18** **Payday Loan Store IL** <br> Bankruptcy Department <br> 266 E. Roosevelt Rd <br> Lombard IL 60148 <br> **Acct #: Xxx-xx-7605** | | | Dates: **2014** <br> Reason: | | | | $1,000 |
| **19** **Pierce & Accociates** <br> C/O Federal National <br> 1 N. Dearborn St. <br> Chicago IL 60602 <br> **Acct #: 10 M1 708529** | | | Dates: <br> Reason: | | | | $0 |

**Law Firm(s) | Collection Agent(s) Representing the Original Creditor**

    Clerk, First Mun Div <br>
    10M1709529 <br>
    50 W. Washington St., Rm. 1001 <br>
    Chicago IL 60602

    Pierce & Associates <br>
    Bankruptcy Dept. <br>
    1 N. Dearborn St. #1300 <br>
    Chicago IL 60602

| Creditor's Name, Mailing Address Including Zip Code and Account Number | Codebtor | H W J C | Date Claim Was Incurred and Consideration For Claim. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **20** **Sallie MAE** <br> Attn: Bankruptcy Dept. <br> 11100 Usa Pkwy <br> Fishers IN 46037 <br> **Acct #: 90585701791000120091123** | | | Dates: **2009-2010** <br> Reason: **Loan or Tuition for Education** | | | | $0 |
| **21** **Secretary of State** <br> Attn: Safety & Financial Resp <br> 2701 S. Dirksen Pkwy. <br> Springfield IL 62723 <br> **Acct #: B520 4208 0684** | | | Dates: <br> Reason: **Notice Only** | | | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re
**Jessica Bunch / Debtor**

Bankruptcy Docket #: **14-33929**

**AMENDED**

Judge: **A. Benjamin Goldgar**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| Creditor's Name, Mailing Address Including Zip Code and Account Number (See Instructions Above) | Codebtor | HWJC | Date Claim Was Incurred and Consideration For Claim. If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **22  UIC Department of Radiology**<br>Attn: Bankruptcy Department<br>135 S. LaSalle, Dept. 3455<br>Chicago IL 60674-3455<br>**Acct #:** | | | Dates:<br>Reason:  **Medical/Dental Services** | | | | $50 |
| **23  UIC Medical Center**<br>Bankruptcy Department<br>1740 W. Taylor St.<br>Chicago IL 60612<br>**Acct #:** | | | Dates:<br>Reason:  **Medical/Dental Services** | | | | $100 |
| **24  UIC Physician Group**<br>Bankruptcy Department<br>135 S. LaSalle St., Box 3293<br>Chicago IL 60674<br>**Acct #:** | | | Dates:<br>Reason:  **Medical/Dental Services** | | | | $50 |
| **25  University of IL Hospital**<br>Attn: Bankruptcy Department<br>Box 12199<br>Chicago IL 60612<br>**Acct #:** | | | Dates:<br>Reason:  **Medical/Dental Service** | | | | $100 |
| **26  US Cellular**<br>C/O Afni, INC.<br>Po Box 3097<br>Bloomington IL 61702<br>**Acct #: 1044217244** | | | Dates:  **2013-2013**<br>Reason:  **Collecting for Creditor** | | | | $119 |

**Total Amount of Unsecured Claims**    **$ 35,849**
(Report also on Summary of Schedules)