Schedule – Post Petition Debts Rule 1019

Jessica Bunch  14-33929

| | |
|---|---:|
| Ad Astra Recovery Services, Inc.<br>7330 W 33rd Street N.<br>Suite 118<br>Wichita KS 67205 | $632.00 |
| Comcast<br>Bankruptcy Department<br>11621 E. Marginal Way 5<br>Tukwila WA 98168 | $211.00 |
| Peoplesene<br>Bankruptcy Department<br>200 E. Randolph Street<br>Chicago IL 60601 | $364.00 |